UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

DEZAUN HARDWICK,

        Defendant.

Case:2:22-cr-20619
Judge: Cox, Sean F.
MJ: Altman, Kimberly G.
Filed: 11-16-2022 At 04:44 PM
INDI USA V. HARDWICK (NA)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about October 25, 2022, in the Eastern District of Michigan, Southern Division, the defendant, DEZAUN HARDWICK, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in or affecting interstate commerce, two firearms, that is: one Taurus Model PT111G2 and one Remington shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant DEZAUN HARDWICK shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Taurus Model PT111G2 (SN: TKU82121) and one Remington shotgun (SN: S619473M).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney


*s/ Brandy R. McMillion*
Brandy R. McMillion
Chief, General Crimes Unit


*s/ Myra F. Din*
Myra F. Din
Assistant U.S. Attorney

Dated:  November 16, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20619<br>Judge: Cox, Sean F.<br>MJ: Altman, Kimberly G.<br>Filed: 11-16-2022 At 04:44 PM<br>INDI USA V. HARDWICK (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: *MFD* |

**Case Title:** USA v. Dezaun Hardwick

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

  ____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 22-30496    ]
  ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 16, 2022
Date

*Myra Din*
Myra F. Din
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9653
Fax:   313-226-2372
E-Mail address: myra.din@usdoj.gov
Attorney Bar #: NY5561345

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.